**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,**

v.

**Clyde Crady SWISHER,
III, Respondent.**

**No. 674 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 24, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of January, 2003, the Petition for Retroactive Disbarment on Consent is granted. There having been filed with this Court by Clyde Crady Swisher, III, his verified Statement of Resignation dated November 12, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Clyde Crady Swisher, III, be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania retroactive to June 8, 2001; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,**

v.

**Leon Lewis VINOKUR, Respondent.**

**No. 808 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 24, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of January, 2003, the Joint Petition to Temporarily Suspend an Attorney is granted and Leon Lewis Vinokur is placed on temporary suspension pending the conclusion of the disciplinary proceedings against him in Delaware and until further Order of this Court. It is further ORDERED that respondent shall comply with the provisions of Rule 217, Pa.R.D.E.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.